JS-6

Jennifer N. Lutz, Esq., SBN 190460
Christine Clark Esq., SBN 297496
Emma Hill, Esq., SBN 361550
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: jlutz@pettitkohn.com
        cyclark@pettitkohn.com
        ehill@pettitkohn.com

Attorneys for Defendant
**WALMART INC. (formerly known as
"WAL-MART STORES, INC.")**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RODRIGUEZ, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>WALMART STORES INC., an Out of State Corporation; WALMART INC., an Out of State Corporation, and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO.: 2:25-cv-11620-AJR<br><br>~~[PROPOSED]~~ **ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(A)(2)]**<br><br>Courtroom:         780<br>District Judge:    N/A<br>Magistrate Judge: A. Joel Richlin<br>Complaint Filed: August 10, 2025<br>Trial Date:        Not Set |

NOW COMES, Plaintiff ROBERT RODRIGUEZ ("Plaintiff") and Defendant WALMART, INC. (formerly known as "WAL-MART STORES, INC.") ("Defendant") (Plaintiff and Defendant collectively referred to as "the Parties") filed a joint stipulation for dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Upon due consideration and good cause appearing, it is hereby **ORDERED** that the joint motion is **GRANTED**.

///

///

This case is **DISMISSED WITH PREJUDICE**, in its entirety. Each party shall bear their own costs and attorneys' fees. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: 2/02/2026

The Hon. A. Joel Richlin
United States Magistrate Judge